IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA-RODRIGUEZ<br>Plaintiff<br>vs<br>CHARLY'S CHICKEN EXPRESS & PIZZA<br>Defendant | CIVIL 16-2588CCC |

## **JUDGMENT**

Having considered plaintiff's Motion for Voluntary Dismissal with Prejudice (**d.e. 7**), it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 15, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge